**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

| | |
|---|---|
| **VICTORY GLOBAL, LLC** *doing business as* Brough Brothers Distillery,<br><br>    **Plaintiff,**<br><br>V.<br><br>**FRESH BOURBON, LLC,**<br><br>    **Defendant.** | **CIVIL ACTION NO. 5:21-62-KKC**<br><br><br><br>**JUDGMENT** |

\*\*\* \*\*\* \*\*\*

For the reasons stated in the opinion and order entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

1) the motion for summary judgment by Fresh Bourbon, LLC (DE 70) is GRANTED;

2) judgment is entered in favor of Fresh Bourbon, LLC on all claims asserted against it in this matter;

3) this judgment is FINAL and APPEALABLE; and

4) this matter is DISMISSED and STRICKEN from the Court's active docket.

This 31st day of January, 2025.

:



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY